■ In the Matter of RONALD FINKELSTEIN, Appellant, v DAVID R. HARRIS, as Superintendent of the Green Haven Correctional Facility, et al., Respondents. — In consolidated proceedings pursuant to CPLR article 78, *inter alia,* to compel the return of certain allegedly illegally confiscated personal property, petitioner appeals from so much of a judgment of the Supreme Court, Dutchess County, dated January 31, 1979, as denied the requested relief with respect to said property. Judgment reversed insofar as appealed from, on the law, without costs or disbursements, and matter remanded to the Supreme Court, Dutchess County, for further proceedings consistent herewith. Petitioner has alleged that certain personal property was illegally confiscated and was never returned. Respondents have asserted that all material has been returned. At a hearing conducted to inquire into this matter, petitioner testified as to specific items that had not been returned to him. In response to this testimony, respondents came forth with vague evidence tending to support their claim that all of the material had been returned to petitioner. Respondents conceded, however, that their investigation had not been completed and they were still in the process of making further inquiry. Under these circumstances, the matter must be remanded so that it can be determined whether the respondents have indeed returned all of the material seized, or whether they have made every effort to do so. Titone, J. P., Gibbons, Margett and O'Connor, JJ., concur.

■ In the Matter of LYNN G., Respondent, v EDWARD B., Appellant. — Appeal from an order of filiation of the Family Court, Queens County, dated August 3, 1979, dismissed, without costs or disbursements. Said order is brought up for review on appeal from the order of support of the same court, dated February 6, 1980. Order dated February 6, 1980 affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.

■ In the Matter of MARION HELFANT, Petitioner, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent which, after a hearing, revoked petitioner's driver's license. Determination confirmed and proceeding dismissed on the merits, with costs. The determination is supported by substantial evidence. Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.